**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 23-479 JGB (AS)** | Date | March 17, 2023 |
|---|---|---|---|
| Title | *George Aguilar v. T. Macias, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order DISMISSING the Complaint (IN CHAMBERS)

On January 20, 2023, Plaintiff George Aguilar ("Plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against various defendants. ("Complaint," Dkt. No. 1.) On January 23, 2023, the Clerk issued a notice of discrepancy because Plaintiff did not pay the appropriate filing fee. ("Notice," Dkt. No. 3.) The Notice informed Plaintiff that if he is unable to pay the filing fee, he must sign and complete a "Request to Proceed without Prepayment of Filing Fees with Declaration in Support" (Form CV-60P) within thirty days. (Id.) The Notice attached a copy of Form CV-60P. (Id.)

On February 21, 2023, Plaintiff filed a request for appointment of counsel. ("Request," Dkt. No. 6.) On February 23, 2023, Magistrate Judge Alka Sagar denied Plaintiff's Request without prejudice. ("Order," Dkt. No. 7.) The Order reminded Plaintiff that he must pay the filing fee or sign and complete Form CV60-P to proceed without prepayment of filing fees. (Id.) The Order attached the Clerk's January 23, 2023 Notice as well as a copy of Form CV60-P. (Id.)

As of March 15, 2023, Plaintiff has neither paid the filing fee nor signed and completed Form CV60-P. Accordingly, the Court **DISMISSES** the Complaint without prejudice. The Clerk is directed to close the case.

**IT IS SO ORDERED.**